division of this court for the first district at the October term, 1924. Reversed and judgment of *nil capiat*. Opinion filed April 13, 1925.

Joseph Granick and Edward N. Sherburne, for appellant. Ela, Grover & March, for appellee; Gerald L. McMullen, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Charles J. Lange and Josepha Lange, trading as Lange & Company, appellees, v. Louis Bernstein and Rebecca Bernstein, appellants. Gen. No. 29,864.

Action to recover commission on sale of leasehold and furnishings. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Harry Bierma, for appellants. Thompson, Tyrrell & Chambers, for appellees; Walter H. Chambers, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Grant A. Ritter and Alfred Bader, copartners, trading as Rex Realty Company, appellees, v. Bernard A. Rooney, appellant. Gen. No. 29,873.

Action to recover commission on sale of real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed with judgment of *nil capiat*. Opinion filed April 13, 1925.

Loucks, Eckert & Peterson, for appellant; John D. Peterson and Tom Leeming, of counsel. Van Natta & King, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Roy J. Baranski, appellee, v. Yellow Cab Company, appellant. Gen. No. 29,903.

Action to recover damages for personal injuries sustained in being struck by defendant's taxicab. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Moloney & Postelnek, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant; Benjamin Samuels, of counsel. James C. McShane, for appellee; George H. Meyer, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Hibernian Banking Association v. Chicago Title & Trust Company et al., on appeal of Arthur R. Jones, appellant, v. Frank M. McKey, receiver, appellee. Gen. No. 28,851.

Receivership on foreclosure proceeding. Order entered on master's report. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded with directions. Opinion filed April 29, 1925. Rehearing denied May 21, 1925. *Certiorari* denied by Supreme Court (making opinion final).

David K. Tone, for appellant. Church, Haft & Robertson, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

George J. Haberer, defendant in error, v. Albert Fuchs, plaintiff in error. Gen. No. 29,111.

Suit for real estate broker's commission. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

Brown, Alschuler & Reagh, for plaintiff in error. Mather, Hutson & Traeger, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Hibernian Banking Association v. Chicago Title & Trust Company et al. Arthur R. Jones, plaintiff in error, v. Frank M. McKey, receiver, defendant in error. Gen. No. 29,150.

Receivership on foreclosure proceedings. Order authorizing payment to receiver's solicitor. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded on opinion in Gen. No. 28,851, *ante*, p. 642. Opinion filed April 29, 1925. Rehearing denied May 21, 1925. *Certiorari* denied by Supreme Court (making opinion final).

David K. Tone, for plaintiff in error. Church, Haft & Robertson, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Arthur W. Dickinson and Charlotte M. Dickinson, defendants in error, v. Henry Meinshausen and Mary S. W. Meinshausen, plaintiffs in error. Gen. No. 29,164.

Arbitration on claim of vendor's lien. Award for complainants. Error to the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925. Rehearing denied May 14, 1925. *Certiorari* denied by Supreme Court (making opinion final).

C. Oscar Carlson, for plaintiffs in error. Einar C. Howard, for defendants in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Harry Sklar, appellee, v. Hydrox Company, appellant. Gen. No. 29,175.

Action to recover damage to plaintiff's automobile sustained in collision with defendant's truck. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.

Gallagher, Kohlsaat, Rinaker & Wilkinson, for appellant. No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.